Thomas Rago II
101-11 102nd street
Ozone Park, NY. 11416
Dated September 24, 2004

Re: 04-30148
    04-30187

FILED

United States District Court
District of Massachusetts
Federal Building & Courthouse
1550 Main ST.
Springfield, Massachusetts 01103

Dear, Judge Kenneth P. Meiman:

I am the plaintiff in the motions entitled Rago vs. Fuller and Samaroo, one of which is a Writ of Habeas Corpus 0430187. and is the focus of this letter. For you viewing ease I have enclosed a copy of the filed Writ of Habeas Corpus, file number added.

   I would ask you to apprise me on the current status **and state the facts and conclusions of law that allow you to put aside A Writ of Habeas Corpus.** (What law authorizes you to suspend a Writ of Habeas Corpus?)

I would also request a response be sent in the mail no later then 48 hours of receipt of this letter, as it appears this document has been disregarded. Because I am not able to retain a lawyer I will be representing myself, and I am striving to resolve this matter in a fair and comparable manner.

Facts:
1. A Writ of Habeas Corpus is a birth right of a American born citizen, and is required to be heard immediately for remedy." 1 Watts 67"
2. Justice delayed is justice denied. MAGNA CHARTA, Art.40, June 15, 1215.
3. Judge Fuller and Valerie Samaroo have committed an untold amount of violations against my children's rights, as well as my civil rights and continue to do so.

I am respectfully requesting the following of this court:

1. I would like to be informed of the location and level of the court, also who the presiding judge is regarding the Writ of Habeas Corpus hearing.

2. I would like to be informed of every stage in the proceedings, including but not limited to all communications with any and all parties involved in this process In writing.

3. Judge's dismissal for no cause is reversible. FOMAN V. DAVIS, 371 US 178 (1962)

4. Federal judges can set aside or overturn state courts to preserve constitutional rights. MITCHUM V. FOSTER, 407 US 225 (1972) Title 28 US Code sec. 2284

Respectfully,
Thomas Rago II