```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS


THOMAS CORD RAGO, II,        )
       Plaintiff             )
                             )
              v.             )   CIVIL ACTION NO. 04-30187-MAP
                             )
VALERIE RAGO SAMAROO, ET AL, )
       Defendant             )
```

ORDER REGARDING REPORT AND RECOMMENDATION
FOR SUMMARY DISMISSAL
(Docket No. 4)

November 5, 2004

PONSOR, D.J.

The complaint in this matter, which purports to seek relief under 42 U.S.C. § 1983 and other statutes, was referred to Magistrate Judge Kenneth P. Neiman for Report and Recommendation. In a detailed memorandum dated October 1, 2004, the Magistrate Judge recommended that the complaint be dismissed. No objection to this recommendation has been filed by the plaintiff, despite notice of an obligation to do so within ten days as set forth at n.4 of the memorandum.

Based upon the plaintiff's failure to object and upon the manifest correctness of Magistrate Judge Neiman's recommendation, the Report and Recommendation dated October 1, 2004 is hereby adopted. The complaint in this matter is hereby ordered DISMISSED. This file may now be closed.

It is So Ordered.

                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              U. S. District Judge