# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

THOMAS CORD RAGO, II,

   Plaintiff

         v.                        CIVIL ACTION NO. 3: 04-30187-MAP

VALERIE RAGO SAMAROO, ET AL,

   Defendant

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's order entered this date, dismissing the plaintiff's complaint.

                                        TONY ANASTAS,
                                        CLERK OF COURT

Dated: November 5, 2004          By  /s/ *Maurice G. Lindsay*
                                        Maurice G. Lindsay
                                        Deputy Clerk

(Civil Judgment3.wpd - 11/98)                                                              [jgm.]